IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
| | ) | Chapter 13 |
| RODNEY AND KIMBERLY BLAIR, | ) | |
| | ) | Bk. No. 14-40392 |
| Debtor(s). | ) | |

<u>AGREED ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION</u>

THIS CAUSE comes before the Court on the Trustee's Objection to Confirmation, and the Court being fully advised in the premises, it is HEREBY ORDERED that:

Debtor(s) is/are granted 30 days in which to file an amended plan to provide not less than $30,000 to non-priority unsecured creditors, in order to cure the objection filed by the Trustee. Failure to amend the plan as described herein in the time allowed will result in the dismissal of the case without further notice or hearing.

The Trustee shall serve a copy of this Order on all interested parties not electronically notified.

ENTERED: June 16, 2014

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE 22

/s/ Ron Buch, attorney to Bob Kearney, Trustee

/s/ Marcus Herbert, attorney for Debtor(s)